## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dorothy King, | Civil No. 08-2280 (RHK/FLN) |
| Plaintiff, | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| vs. | |
| Wyeth, a/k/a Wyeth, Inc., f/k/a American Home Products Corporation, Wyeth Pharmaceuticals, a/k/a Wyeth Pharmaceuticals, Inc., f/k/a Wyeth-Ayerst Pharmaceuticals, Inc., a division of Wyeth, Pfizer, Inc., Pharmacia & Upjohn Company, LLC, Pharmacia Corporation, Pharmacia & Upjohn LLC, Greenstone, Ltd., Barr Laboratories, Inc., Barr Pharmaceuticals, Inc., Duramed Pharmaceuticals, Inc., King Pharmaceuticals, Inc., Monarch Pharmaceuticals, Inc., | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 19, 2008

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge